**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JULIE R. HAMILTON** | ) | **CASE NO. 1:09CV260** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE GREG WHITE** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY, Michael J. Astrue,** | ) ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Date: March 17, 2010